PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

**Name of Offender:** Donald Reeder     **Case Number:** 3:10-00070

**Name of Sentencing Judicial Officer:** Honorable Aleta A. Trauger, U.S. District Judge

**Date of Original Sentence:** September 30, 2010

**Original Offense:** 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Marijuana; 18 U.S.C. § 922(g)(1) and 924 Convicted Felon in Possession of Firearms

**Original Sentence:** 30 months' custody and 4 years' supervised release

**Revocation Sentence:** 6 months' custody and 2 years' supervised release with first 6 months' halfway house

**Type of Supervision:** Supervised release     **Date Supervision Commenced:** January 7, 2013

**Assistant U.S. Attorney:** Sunny A.M. Koshy     **Defense Attorney:** Ronald Small

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 4th day of Dec, 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Brad Bartels
U.S. Probation Officer

Place: Cookeville

Date: December 2, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On November 12, 2013, Mr. Reeder was given a drug test that appeared to be positive for marijuana. When questioned by the probation officer, Mr. Reeder originally denied using any illegal substances. After further questioning, Mr. Reeder said he was spending time with friends who were using marijuana and he took "three hits of a joint." The urine sample was confirmed by the laboratory to be positive for THC.

### Compliance with Supervision Conditions and Prior Interventions:

Donald Reeder lives in Liberty, Tennessee, and is currently unemployed. Mr. Reeder began his current term of supervised release on January 7, 2013, and is due to terminate supervision on January 6, 2015.

A report was submitted to the Court on January 18, 2012, regarding Mr. Reeder's violation of testing positive for marijuana. He denied using marijuana, but reported he had been around it at a New Year's Eve Party. Your Honor ordered no action at that time. Mr. Reeder was instructed to not be in possession or use illegal drugs. He was also instructed to avoid associations with individuals engaged in criminal activity.

A petition was submitted to the Court on June 5, 2012, regarding Mr. Reeder's violations of testing positive for marijuana on four different occasions. On June 15, 2012, Mr. Reeder reported on a summons issued by the Court. He pled guilty to all violations and his supervised release was subsequently revoked. He was ordered to serve six months' custody, to be followed by two years' supervised release. The first six months of his new term of supervised release were to be served at the halfway house in Nashville, Tennessee. On April 4, 2013, Mr. Reeder's conditions of supervision were modified to allow him to leave the halfway house and return home, on home confinement with electronic monitoring

A report was submitted to the court on April 30, 2013, regarding Mr. Reeder's non-compliance with electronic monitoring. Mr. Reeder failed to comply with home confinement on five different occasions. Your Honor ordered no action at that time. The probation officer verbally reprimanded Mr. Reeder and instructed him to stay within the allocated perimeter on his property.

Prior to the recent positive drug test, Mr. Reeder was participating in monthly substance abuse treatment at Plateau Mental Health in Cookeville, Tennessee. As a result of the positive drug test, the probation officer increased Mr. Reeder's treatment to twice per month. The probation officer verbally reprimanded Mr. Reeder and re-instructed him to not use any illegal substance and to avoid associations with individuals engaged in criminal activity. He was encouraged to use what he had learned in treatment and avoid criminal associations, especially those who may offer him marijuana.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Reeder remain on supervised release, participate in substance abuse treatment, and not incur any future violations. Assistant U.S. Attorney Sunny A.M. Koshy has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer